KEENER v. KORN

No. 219 PC

Case below: 46 NC App 214

Petition by plaintiffs for discretionary review· under G.S. 7A-31 denied 15 August 1980.

KING v. EXXON CO.

No. 311 PC

Case below: 46 NC App 750

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 15 August 1980.

LATHAN v. BD. OF COMMISSIONERS

No. 323 PC

Case below: 47 NC App 357

Petition be defendants for discretionary review under G.S. 7A-31 denied 16 September 1980.

LEASING CORP. v. MYERS

No. 213 PC

No. 104 (Fall Term)

Case below: 46 NC App 162

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 15 August 1980. Motion of all parties to dismiss appeal allowed 8 September 1980.

LEE v. REGAN

No. 405 PC

Case below: 47 NC App 544

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980.